(COB #241 voMotRFS)(02/10)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,

Case No. **10–21442–SBB**

In re:  Stella Katherine Apodaca
       Debtor(s)

## ORDER ON MOTION FOR RELIEF FROM STAY

U.S. Bank, N.A. , ("Movant,") has filed herein a Motion for Relief from Stay, document no. **10 ,**

**[ X ]** 1. to foreclose on and/or take possession and control of property described as follows:

**8794 Chase Dr., Unit 12, Arvada, CO**

**[ ]** 2. to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:  **.**

**[ ]** 3. other:

     The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take posession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post–petition property).

     IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  8/4/10

BY THE COURT:

s/ Sidney B. Brooks
United States Bankruptcy Judge